IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

PAUL CIRINO
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 23986
Washington, D.C.  20026-3986
Telephone: (202) 514-1542
Facsimile: (202) 514-8865
paul.cirino@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EL COMITÉ PARA EL BIENESTAR DE EARLIMART and ASSOCIATION OF IRRITATED RESIDENTS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LISA JACKSON, and JARED BLUMENFELD,<br><br>Defendants. | Case No. 11-cv-3779  WHA<br><br>**[PROPOSED] ORDER REGARDING ADJOURNMENT OF INITIAL CASE MANAGEMENT CONFERENCE** |

---

1   The parties have filed a Stipulation with the Court representing that they have conflicts
2   on the date on which the Initial Case Management Conference has been scheduled. After
3   considering the Stipulation and being otherwise fully advised, it is hereby ORDERED,
4   ADJUDGED, and DECREED that the relief requested in the Stipulation is GRANTED.
5   The Initial Case Management Conference is hereby rescheduled for
6   _December 15_____, 2011 at _3:00 p.m._____ before the Honorable William
7   Alsup. Not less than seven days prior, counsel shall submit a joint case management conference
8   statement not to exceed ten pages.
9   THERE WILL BE NO FURTHER CONTINUANCES.

14  Dated: _October 13_____, 2011.

          IT IS SO ORDERED
          AS MODIFIED
          [signature]
          Judge William Alsup

                                    _____
                                    WILLIAM H. ALSUP
                                    DISTRICT JUDGE