1
2
3
4
5
6                     IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   EL COMITE PARA EL BIENESTAR DE              No. C 11-03779 WHA
     EARLIMART, et al.,
11
12              Plaintiffs,
                                                 **ORDER RESCHEDULING CASE**
13        v.                                     **MANAGEMENT CONFERENCE**

14   U.S. ENVIRONMENTAL PROTECTION
     AGENCY, et al.,
15
                Defendants.
16   _____/

17         The case management conference is rescheduled to **11:00 A.M. ON JUNE 7, 2012.**
18
19         **IT IS SO ORDERED.**
20
21   Dated:   March 1, 2012.
22                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

**United States District Court**
For the Northern District of California