IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL COMITE PARA EL BIENESTAR DE EARLIMART, et al., | No. C 11-03779 WHA |
| Plaintiffs, | |
| v. | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

The case management conference is rescheduled to **11:00 A.M. ON JUNE 7, 2012.**

**IT IS SO ORDERED.**

Dated: March 1, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE