IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

PAUL CIRINO
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7411
Washington, D.C.  20044-7411
Telephone: (202) 514-1542
Facsimile: (202) 514-8865
paul.cirino@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EL COMITÉ PARA EL BIENESTAR DE EARLIMART and ASSOCIATION OF IRRITATED RESIDENTS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LISA JACKSON, and JARED BLUMENFELD,<br><br>Defendants. | Case No. 11-cv-3779  WHA<br><br>**[~~PROPOSED~~] ORDER REGARDING RESCHEDULING OF CASE MANAGEMENT CONFERENCE** |

1   The parties have filed a Stipulation with the Court showing good cause for the
2   cancellation or, in the alternative, rescheduling, of the Case Management Conference in this
3   action. After considering the Stipulation and being otherwise fully advised, it is hereby
4   ORDERED, ADJUDGED, and DECREED that the relief requested in the Stipulation is
5   GRANTED.
6   The Case Management Conference scheduled for August 23, 2012, is hereby cancelled.
7   The Case Management Conference scheduled for August 23, 2012, is hereby rescheduled
8   for _September 6, 2012_____, 2012, at __11:00 a.m._____ before the Honorable
9   William Alsup.

13  Dated: _August 14_____, 2012.

IT IS SO ORDERED AS MODIFIED

Judge William Alsup